IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IP CO., LLC, D/B/A INTUS IQ, <br><br> PLAINTIFF, <br><br> V. <br><br> INGERSOLL-RAND COMPANY; INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC; SCHLAGE LOCK COMPANY; TRANE, INC.; TRANE U.S. INC.; SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.; SCHNEIDER ELECTRIC USA, INC.; AND SCHNEIDER ELECTRIC BUILDINGS, LLC. <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:11-CV-439-LED <br><br><br> Jury Trial Demanded <br><br> Judge Leonard Davis |

### DEFENDANTS SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.'s, SCHNEIDER ELECTRIC USA, INC.'s, and SCHNEIDER ELECTRIC BUILDINGS, LLC's NOTICE OF COMPLIANCE WITH PARAGRAPH 2(B) OF DISCOVERY ORDER

Pursuant to the Court's Discovery Order entered in this matter on April 5, 2012 [Dkt #77], Defendants Schneider Electric Buildings Americas, Inc., Schneider Electric USA, Inc., and Schneider Electric Buildings, LLC hereby notify the Court that they served their document disclosures upon Plaintiff on May 31, 2012 via overnight delivery.

Dated: June 4, 2012                                              Respectfully submitted,

                                                                 */s/ Michael E. Jones*
                                                                 Michael E. Jones
                                                                 State Bar No. 10929400
                                                                 Allen F. Gardner
                                                                 State Bar No. 24043679
                                                                 POTTER MINTON

        A Professional Corporation
        110 N. College, Suite 500
        Tyler, Texas 75702
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846
        mikejones@potterminton.com
        allengardner@potterminton.com

        Terrence J. Truax
        ttruax@jenner.com
        Joseph A. Saltiel
        jsaltiel@jenner.com
        Benjamin J. Bradford
        bbradford@jenner.com
        JENNER & BLOCK, LLP
        353 North Clark Street
        Chicago, Illinois 60654-3456
        Telephone: (312) 222-9350

        ATTORNEYS FOR DEFENDANTS
        SCHNEIDER ELECTRIC BUILDINGS
        AMERICAS, INC., SCHNEIDER ELECTRIC
        USA, INC. AND SCHNEIDER ELECTRIC
        BUILDINGS

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

              */s/ Michael E. Jones*
              Michael E. Jones