IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a Intus IQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| INGERSOLL-RAND COMPANY; ) | Civil Action No. 6:11-cv-439-LED |
| INGERSOLL-RAND SCHLAGE LOCK ) | |
| HOLDING COMPANY LLC; SCHLAGE ) | Jury Trial Demanded |
| LOCK COMPANY LLC; TRANE, INC.; ) | |
| TRANE U.S. INC.,SCHNEIDER ) | Judge Leonard Davis |
| ELECTRIC BUILDINGS AMERICAS, ) | |
| INC.; SCHNEIDER ELECTRIC USA, ) | |
| INC.; and SCHNEIDER ELECTRIC ) | |
| BUILDINGS, LLC. ) | |
| ) | |
| Defendant. ) | |

# DEFENDANTS' NOTICE OF COMPLIANCE
# WITH LOCAL PATENT RULE 3-3 AND 3-4

Defendants Ingersoll Rand Company; Ingersoll-Rand Schlage Lock Holding Company LLC; Schlage Lock Company, LLC; Trane, Inc.; and Trane U.S. Inc. (collectively "Schlage/Trane" or the "Schlage/Trane Defendants") and Schneider Electric Buildings Americas, Inc.; Schneider Electric USA, Inc.; and Schneider Electric Buildings, LLC (collectively, "Schneider" or the "Schneider Defendants") hereby give notice that on June 18, 2012, they served disclosures to Plaintiff in compliance with the Eastern District of Texas' Local Patent Rules 3-3 and 3-4.

Dated this 20th day of June, 2012.

*s/C. John Brown*
Jennifer P. Ainsworth
Texas Bar #00784720
 (jainsworth@wilsonlawfirm.com)
**Wilson, Robertson & Cornelius, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone:  (903) 509-5001
Facsimile:    (903) 509-5092

AND

Paul B. Hunt (Indiana Bar #15465-71)
(Lead Attorney – *Pro Hac Vice*)
(paul.hunt@btlaw.com)
C. John Brown (Indiana Bar #25504-06)
(john.brown@btlaw.com)
**Barnes & Thornburg LLP**
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 231-7453
Facsimile:   (317) 231-7433

ATTORNEYS FOR DEFENDANTS
INGERSOLL-RAND COMPANY;
INGERSOLL-RAND SCHLAGE LOCK
HOLDING COMPANY LLC; SCHLAGE
LOCK COMPANY; and TRANE, INC.

    *s/ Joseph A. Saltiel*
Michael E. Jones
mikejones@potterminton.com
Allen Franklin Gardner
allengardner@potterminton.com
POTTER MINTON PC
110 N College, Suite 500, PO Box 359
Tyler, Texas 75710-0359
Telephone: (903) 597-8311

Terrence J. Truax
ttruax@jenner.com
Joseph A. Saltiel
jsaltiel@jenner.com
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350

Attorneys for Schneider Electric Buildings
Americas, Inc., Schneider Electric USA,
Inc., and Schneider Electric Buildings, LLC

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                   *s/C. John Brown*
                                                   C. John Brown