## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a Intus IQ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INGERSOLL-RAND COMPANY; INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC; SCHLAGE LOCK COMPANY LLC, TRANE, INC; TRANE U.S. INC., SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.; SCHNEIDER ELECTRIC USA, INC.; AND SCHNEIDER ELECTRIC BUILDINGS, LLC | ) CIVIL ACTION FILE NO.: 6:11cv439 |
| Defendants. | ) |

## SCHLAGE/TRANE DEFENDANTS NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-1

Defendants Ingersoll Rand Company, Ingersoll-Rand Schlage Lock Holding Company LLC, Schlage Lock Company, and Trane, Inc. (collectively the "Schlage/Trane") hereby give notice that on August 3, 2012, they served the Disclosure of Schlage/Trane Defendants Proposed Terms and Claim Elements for Construction Pursuant to P.R. 4-1.

Dated: August 6, 2012.

*s/C. John Brown*
Jennifer P. Ainsworth
Texas Bar #00784720
(jainsworth@wilsonlawfirm.com)
**Wilson, Robertson & Cornelius, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5001
Facsimile: (903) 509-5092

AND

Paul B. Hunt (Indiana Bar #15465-71)
(Lead Attorney – *Pro Hac Vice*)
(paul.hunt@btlaw.com)
C. John Brown (Indiana Bar #25504-06)
*(Pro Hac Vice)*
(cjbrown@btlaw.com)
**Barnes & Thornburg LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

ATTORNEYS FOR DEFENDANTS
INGERSOLL-RAND COMPANY;
INGERSOLL-RAND SCHLAGE LOCK
HOLDING COMPANY LLC; SCHLAGE
LOCK COMPANY; and TRANE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/C. John Brown*
C. John Brown

INDS02 CJBROWN 1232542v1