IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IP CO., LLC, d/b/a Intus IQ | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 6:11cv439 |
| | ) | |
| | ) | |
| INGERSOLL-RAND COMPANY; | ) | |
| INGERSOLL-RAND SCHLAGE LOCK | ) | |
| HOLDING COMPANY LLC; | ) | |
| SCHLAGE LOCK COMPANY LLC, | ) | |
| TRANE, INC.; TRANE U.S. INC., | ) | |
| SCHNEIDER ELECTRIC BUILDINGS | ) | |
| AMERICAS, INC.; SCHNEIDER | ) | |
| ELECTRIC USA, INC.; and | ) | |
| SCHNEIDER ELECTRIC BUILDINGS, | ) | |
| LLC | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| | ) | |

PLAINTIFF'S NOTICE OF COMPLIANCE
WITH PATENT RULE 4-1(a)

NOW COMES Plaintiff IP CO., LLC, d/b/a Intus$^{IQ}$ ("IPCO") and files this Notice of

Compliance with Patent Rule 4-1(a).  Pursuant to the Court's Order of February 2, 2012 [Dkt.

No. 59] and Local Patent Rule 4-1(a), Plaintiff timely served its Proposed Terms for Claim

Construction on August 3, 2012.

Respectfully submitted, this 7th day of August, 2012.

**ROBBINS GELLER RUDMAN
  & DOWD LLP**


/s/ Jessica M. Kattula
John C. Herman
Ryan K. Walsh
Peter M. Jones
Jessica M. Kattula
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, Georgia 30326
(404) 504-6500 (telephone)
(404) 504-6501 (facsimile)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jkattula@rgrdlaw.com

and

T. John Ward, Jr.
Wesley Hill
**WARD & SMITH LAW FIRM**
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
jw@jwfirm.com
wh@jwfirm.com


Attorneys for Plaintiff,
IP CO., LLC, d/b/a Intus IQ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 7th day of August, 2012.

/s/ Jessica M. Kattula
Jessica M. Kattula