IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a Intus IQ ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 6:11-cv-439 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| INGERSOLL-RAND COMPANY; ) | |
| INGERSOLL-RAND SCHLAGE LOCK ) | |
| HOLDING COMPANY LLC; ) | **JURY TRIAL DEMANDED** |
| SCHLAGE LOCK COMPANY LLC, ) | |
| TRANE, INC.; TRANE U.S. INC., ) | |
| SCHNEIDER ELECTRIC BUILDINGS ) | |
| AMERICAS, INC.; SCHNEIDER ) | |
| ELECTRIC USA, INC.; and ) | |
| SCHNEIDER ELECTRIC BUILDINGS, ) | |
| LLC ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL**

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on today's date, Plaintiff submitted via hand delivery its Technology Tutorial to the Court.

December 18, 2012   RESPECTFULLY SUBMITTED,

/s/ T. John Ward, Jr.
T. John Ward, Jr.
(State Bar No. 00794818)
jw@jwfirm.com
Wesley Hill
(State Bar No. 24032294)
wh@wsfirm.com
Ward & Smith Law Firm
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (fax)

John C. Herman
Ryan K. Walsh
Peter M. Jones
Jessica M. Kattula
ROBBINS GELLER RUDMAN & DOWD LLP
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 504-6500 (telephone)
(404) 504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com
jkattula@rgrdlaw.com

Attorneys for Plaintiff,
IP CO., LLC, d/b/a Intus IQ

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 18th day of December, 2012.

/s/ T. John Ward, Jr.