**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **IP CO, LLC dba INTUS IQ** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL NO. 6:11-CV-00439** |
| | § | |
| | § | |
| **INGERSOLL-RAND COMPANY**, *et al.* | § | |

## MEDIATOR'S REPORT OF SETTLEMENT

Pursuant to the Court's Order a mediation conference was scheduled among the Plaintiff and Defendants Schneider Electric Buildings Americas, Inc., Schneider Electric USA, Inc., and Schneider Electric Buildings LLC on January 30, 2013. The parties have reported to the mediator that settlement has been reached and counsel are in the process of drafting dispositive pleadings, which should be filed shortly.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 30th day of January, 2013.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR