IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a Intus IQ, | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **FILE NO.** 6:11cv439 |
| SCHNEIDER ELECTRIC BUILDINGS | ) |
| AMERICAS, INC.; SCHNEIDER | ) |
| ELECTRIC USA, INC.; and SCHNEIDER | ) |
| ELECTRIC BUILDINGS, LLC, | ) |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

**ORDER**

Having considered Plaintiff IP CO., LLC d/b/a Intus IQ's ("IPCO") and Defendants Schneider Electric Buildings Americas, Inc., Schneider Electric USA, Inc., and Schneider Electric Buildings, LLC (collectively "Schneider") Joint Motion to Dismiss With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that IPCO's claims against Schneider are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 18th day of March, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**